# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Joseph Upsher,

        Plaintiff(s),

vs.

        Case No. 19-1805 MJD/HB
        (To be assigned by Clerk of District Court)

TEN UNKNOWN NAMED AGENTS/OFFICERS

        Defendant(s).

RECEIVED BY MAIL
JUL 10 2019
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

DEMAND FOR JURY TRIAL

YES  X   NO ___

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42. U.S.C. § 1983

I. There are no other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to this issue in the last three years.

SCANNED
JUL 10 2019
U.S. DISTRICT COURT MPLS

II. The Plaintiff is no longer in confinement for this action. However, he is in the custody of the Ramsey County Adult Detention Center at 425 Grove Street, St. Paul, Minnesota 55101, involving a different legal action.

III. The Plaintiff as Pro Persona in State Court, Minnesota, Goodhue County, First Judicial District, Court File Number 25-CR-12-2908 came before Judge of District Court, LAWRENCE F. Clark on April 30, 2018, on Defendants motion to correct his sentence. The Cause of Action being under Minn. Rule Crim. Pro. 27.03, Subd. 9. **THE ORDER:** Defendant's motion to vacate the Conditional Release portion of his sentence is hereby **GRANTED**, and thereby leaving the Plaintiff to past suffering Personal Injury.

IV. The Plaintiff as Pro Persona Counsel in State Court, Minnesota, Goodhue

County, First Judicial District, Court File Number 25-CR-16-1834

was a 07/26/2016 Concurrancy while on Charge or Conviction or

Adjudication with Court File Number 25-CR-12-2908 as a

satisfied sentence on defendant's motion to correct his sentence. The

Cause of Action being under Minn. Rule Crim. Pro. 27.03, subd. 9. THE

ORDER: Defendant's motion to vacate the Conditional Release portion

of his sentence is hereby GRANTED, leaving the Plaintiff to past

suffering Personal Injury.

V. STATEMENT OF THE CLAIM

A. Between 02/10/2014 to 10/02/2014 in Goodhue County, City of Red

Wing, at the Minnesota Department of Corrections House/Facility

located at 783 Plum Street, the Plaintiff was held in custody

against his will [after the Expiration of his sentence] by

unknown named Agents/Officers and suffered Personal Injury,

Cruel and Unusual Punishment, Post Tramiatic Stress Disorder,

[ignorance to the law no exception to the rule] under a

Unauthorized Conditional Release and violated the Law, for

actions he/she take under color of state law, and is being

identified as an Agent/Officer/Official being sued in his/her

individual capacity because he should have known that

he/she was causing Personal Injury to the Plaintiff under

the unlawful situation he confronted, and violating Plaintiffs'

clearly-established federal rights.

B. On or about 10/02/2014 the Plaintiff Inter-State transferred [after

the expiration of his sentence] from the Department of Corrections

House/Facility at 783 Plum Street, City of Red Wing, authorized

4

by unknown Agents/Officers/Officials [under the Conditional Release portion of his sentence] to the state of Texas Board of Pardons and Parole Division, residing at 6311 Beverly Hill Street, Houston, Texas, [the Minnesota Department of Correction's the governor] and suffered Cruel and Unusual Punishment under the Personal Injury by placing him to Involuntary Servitude [under a Unauthorized Conditional Release] and violated the Law, for actions he/she takes under color of State law, and is being identified as an Agent/Officer being sued in his/her individual capacity because he/she should have known that he/she was causing Personal Injury to the Plaintiff under the unlawful situation he confronted, and violating the Plaintiff's clearly-established federal Rights.

C. On 11/02/2015 to 12/22/2015 the Plaintiff was held In-Custody at the Fort Bend County Jail, 1410 Ransom Rd. Richmond, Texas, for violation of his Conditional Release Parole portion of his sentence [after the Expiration of his prison sentence] against his will [where the Minnesota Predatory Offender Registration is no longer applicable] and suffered Personal Injury, Cruel and Unusual Punishment, Post Tramatic Stress Disorder, loss of financial income, Depression, Hopelessness by unknown named Agents/Officers [under a Unauthorized Conditional Release] and Transported the Plaintiff from Texas to the Minnesota Department of Corrections Lino Lakes Facility, 7525 4th Avenue [ignorance to the law being no exception to the Rule] and violated the law, for actions he/she takes under color of State law, and is being identified as an Agent(s)/Officer(s)

6

being sued in his/her individual capacity because he should have known that he/she was causing Personal Injury to the Plaintiff under the unlawful situation he confronted, and violating the registration law, and the Plaintiffs clearly-established federal rights.

D. On or about 03/07/2016 the Plaintiff was transported against his will and under Duress by unknown named Agents/Officers from Custody of the Department of Correction [under GPS ankle bracelot] to the Department of Corrections House/Facility at 783 Plum Street, [under Intensive Supervised Release] City of Red Wing, County of Goodhue, from MCF LINO LAKES, and suffered Personal Injury, Post Teamatic Stress Disorder, Involuntary Servitude,

Duress [after the expiration of his prison conviction] and [during the Unauthorized Conditional Release portion of his sentence] and whereby [ignorance to the law being no exception to the rule] and violated the law, for actions he/she takes under color of state law, and is being identified as an Agent(s)/Officer(s) being sued in his/her individual capacity because he/she should have known that he/she was causing Personal Injury to the Plaintiff under the unlawful situation he confronted, and the Plaintiffs clearly-established federal rights.

E. On or about 07/26/2016 to 01/27/2017 the Plaintiff was arrested, charged and convicted [under the Conditional Release portion of his sentence] for Escape From Custody –

8

Held Pursuant to Lawful Arrest, While on Charge or Conviction or Adjudication [after the expiration of his prison conviction] and whereby [ignorance to the law being no exception to the rule] in the City of Red Wing, Goodhue County, Minnesota, against his will by unknown Agents/Officers and suffered Personal Injury, Cruel and Unusual Punishment, Post Tramatic Stress Disorder, Involuntary Servitude, Duress, Depression and financial Regression, and violated the law, for actions he/she takes under color of state law, and is being identified as an Agent(s)/Officer(s) being sued in his/her individual capacity because he/she should have known that he/she was causing Personal Injury to the Plaintiff under the

unlawful situation he confronted, and the Plaintiff's clearly-established Federal Rights.

F. During these matters of Incarceration [after the Expiration of his prison sentence] and [during the Unauthorized Conditional Release portion of his sentence] and whereby [Ignorance to the law is no exception to the rule] the Plaintiff suffered Personal Injury by unknown Agent(s)/Officer(s), of Mental Anguish, Indecent Exposure (strip searches), Physically being Shackled and Handcuffed, oppressed, Psychologically Injured, that violated the law, for actions he/she takes under the color of state law, and is being identified as an Agent(s)/Officer(s) being sued in his/her

individual capacity because he/she should have known that he/she was causing Personal Injury to the Plaintiff under the unlawful situation he confronted, and the Plaintiffs clearly-established federal rights when he said to everyone, and anyone who would listen [even as a sounding board] that the Conditional Release portion of his sentence was illegal and Unconstitutional, and bringing him back to Minnesota from Texas [where the Predatory Offender Registration was no longer applicable] and violated the Registration Law up to July 10, 2018.

VI. REQUEST FOR RELIEF

1. The Plaintiff [the moving party] wants the Court to Grant him the following Injunctive Relief:

   A. That the Minnesota Predatory Offender Registration be vacated since the Plaintiff was legally residing in the State of Texas, Houston, Harris County, where the Minnesota Predatory Offender Registration is no longer applicable; and he be opportunitied to generate enough money to fly, or take a bus, or a train back to Texas, without fear of retaliation by the unknown Agents/Officers or affilliations; or pay for his transportation back to Texas, City of Houston, Harris County with all his Rights restored.

2. The Plaintiff [the moving party] wants the Court to Grant

him the following DAMAGES RELIEF:

A. Personal Injury damages for Wrongful Incarceration in the amount of [$ 1,500,000.00] one million five hundred thousand dollars and zero cents.

B. Personal Injury damages for Involuntary Servitude in the amount of [$ 300,500.00] three hundred thousand five hundred dollars and zero cents.

C. Personal Injury damages for Indecent Exposure "Strip Searches" in the amount of [$ 1,000,000.00] one million dollars and zero cents.

D. Personal Injury damages for Cruel and Unusual Punishment in the Amount of [$ 750,500.00] seven

13

hundred fifty thousand five hundred dollars and zero cents.

E. Personal Injury damages for [Psychological] Post Tramatic Stress Disorder in the amount of [$800,000.00] Eight hundred thousand dollars and zero cents.

F. Personal Injury damages for [Financial Loss] Career Employment/Self Employment in the amount of [$300,000.00] three hundred thousand dollars and zero cents.

3. The Plaintiff [moving party] wants the Court to Grant him the further following Injunctive Relief:

14

A. Expungement of the Records

B. Sealing of the Expunged Records

I, Joseph Upsher, as Pro Se Counsel [moving party] hereby certify under penalty of perjury that the above complaint is true to the best of my information, knowledge, and belief.

Signed this June 18 day of Tuesday, 2019

Signature(s) of Plaintiff(s) *Joseph Upsher*

RAMSEY COUNTY ADC
425 Grove Street
St. Paul, MN 55101
(651) 335-4562

Mailing Secondary Address   500 N. Dale St #215
St. Paul, MN 55103
(651) 403-1943

EMAIL  JOSEPHUPSHER123@GMAIL.COM